IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO

| UNITED STATES OF AMERICA, v. | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
|---|---|
| PHILLIP ANTHONY ALONZO | CASE NO: 1:06-MJ-00183-SMS |
| | STEPHEN BETZ, AFD |
| | (Defendant's Attorney of Record) |

**THE DEFENDANT** was found guilty on Count(s) 1 & 2 , in the ( ) Criminal Complaint ( ) Violation, after a ( ✔ ) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 36 C.F.R. 2.35 (b)(2) | POSSESSION of CONTROLLED SUBSTANCE | ONE | 07/29/2006 |
| 36 C.F.R. 2.32(a)(1) | INTERFERING WITH AN AGENCY FUNCTION | TWO | 07/29/2006 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ✔ ]    Count(s)    3    Dismissed on Motion of the Government.

[ ]    The fine imposed by this Judgment is _____, and is payable to the Clerk of the court.

[ ]    The mandatory special assessment imposed by this sentence is $ ___, payable to the Clerk of the court.

[ ]    No fine is imposed, due to the defendants' inability to pay.

[ ]    Restitution imposed by this Judgment is $ _____, payable to:

_____
(Payee's Name)

_____
(Payee's Address)

_____
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

DEFENDANT:  PHILLIP ANTHONY ALONZO               JUDGMENT - Page 2 of 3
CASE NO.:  1:06-MJ-00183-SMS

US Marshal #: xxxxx-097

Date of Birth: xx/xx/1987

     The defendant is placed on **Limited Supervised Probation** for   TWO   years,  and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance.  Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[✔]  13  days custody in a jail facility, pursuant to 18 U.S.C. 3563 (b)(10), and given Credit for Time Served.

[ ] ___ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer.  Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] ___ hours of unpaid community service, and pay fees not to exceed $ _____, as directed by the probation officer.

[ ] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[✔] The defendant shall submit to search of his person, property, home, and vehicle by a U.S. Probation Officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

[✔]  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient to obtain assistance for drug and/or alcohol abuse.

[✔] As directed by the probation officer, the defendant shall participate in any program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

[✔] The defendant shall abstain from use of drugs and alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

[✔] As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the U.S. Probation Office of $5.00 per month.

[✔] Defendant is ordered that upon release from custody he has 24 hours to appear in the U.S. Probation Office, Fresno, CA for a post-sentence interview.

DEFENDANT: PHILLIP ANTHONY ALONZO               **JUDGMENT - Page 3 of 3**
CASE NO.:      1:06-MJ-00183-SMS

US Marshal #: xxxxx-097

Date of Birth: xx/xx/1987

Mailing Address:                                Date of Sentencing:     AUGUST 9, 2006

                                                 /s/ Sandra M. Snyder
                                                Signature of Judicial Officer

Residence Address:
                                                SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                Name & Title of Judicial Officer


County:                                         DATE:    8/9/2006